IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILMA BIVIN-HUNTER and CHRIS HUNTER,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION RESORTS INC., and JOHN DOES 1-5,<br><br>Defendants. | Civil Action File No.<br>1:09-CV-3465 |

## OFFER OF JUDGMENT

TO: Wilma Bivin-Hunter and Chris Hunter
c/o Daniel J. Hoppe, Jr.
Samuel C. Harvey
990 Hammond Drive
Suite 200B
Atlanta, Georgia 30328

COMES NOW, Defendant Wyndham Vacation Resorts, Inc. pursuant to Rule 68 of the Federal Rules of Civil Procedure and serves upon Plaintiffs Wilma Bivin-Hunter and Chris Hunter the following offer to allow judgment to be taken against the Defendant as specified below:

1.

Plaintiffs shall (i) receive $1,664.90 from Defendant representing the amount previously paid to Defendant pursuant to the Contract between the parties, and (ii) the promissory note of Plaintiff Wilma Bivin-Hunter to Defendant in the original principal amount of $14,984.10 dated November 17, 2008, and Vacation Ownership Purchase and Sale Agreement of November 17, 2008 between Wilma Bivin-Hunter and Defendant shall both be cancelled.

2.

The judgment offered hereby shall be a final judgment disposing of all relief sought in the Complaint.

Plaintiffs are hereby advised that if a judgment finally obtained by Plaintiffs is not more favorable than the offer contained herein, Plaintiffs will be required to pay costs incurred after the making of this offer in accordance with Rule 68 of the Federal Rules of Civil Procedure.  This offer is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and will be deemed withdrawn unless Plaintiffs serve a written notice of acceptance of the offer within ten (10) days of the date that it was served on Plaintiffs.  This offer of Judgment is made for the purposes of Rule 68 only and neither it nor any Judgment that may result from this offer may be construed either as an admission of liability on the part of

Defendant Wyndham Vacation Resorts, Inc. or that the Plaintiffs have suffered any damage.

This 11th day of February, 2010.

/s/ Lawrence S. Burnat
Lawrence S. Burnat
Georgia Bar No. 096150
David B. Carpenter
Georgia Bar No. 292101
Attorneys for Wyndham Vacation Resorts, Inc.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309
T: (404) 681-3450
F: (404) 681-1046
lburnat@swfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Offer of Judgment with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Daniel J. Hoppe, Jr.
>Samuel C. Harvey
>990 Hammond Drive
>Suite 200B
>Atlanta, Georgia 30328

>This 11th day of February, 2010.

/s/ Lawrence S. Burnat
Lawrence S. Burnat

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street
Suite 800
Atlanta, Georgia 30309
(404) 681-3450
(404) 681-1046 (fax)
K:\7400\3\Pleadings\offer of judgment.doc